IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD E. ZALDIVAR, P.A.,
FORMER COUNSEL FOR
EMPLOYEE CLAIMANT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Appellant,

CASE NO. 1D15-1529

v.

DYKE INDUSTRIES, INC.,
LIBERTY MUTUAL AND
ALAIN DEBESA,

       Appellees.

_____/

Opinion filed July 8, 2015.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill, III, Judge.

Date of Accident: January 13, 2014.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, and Albert Marroquin of Richard E. Zaldivar, P.A., Miami, for Appellant.

Edward C. Duncan, III, of the Law Offices of Amy L. Warpinski, Fort Myers, for Appellees.


PER CURIAM.

      Based on Castellanos v. Next Door Co., 124 So. 3d 392 (Fla. 1st DCA 2013),

we AFFIRM. In so doing, we certify that our disposition of the instant case passes

upon the same question we certified in <u>Castellanos</u>.  <u>Id.</u> at 394.  <u>See</u> <u>Jollie v. State</u>, 405 So. 2d 418, 421 n.* (Fla. 1981).

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.